1  BARRY J. PORTMAN
   Federal Public Defender
2  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
3  San Francisco, CA 94102
   Telephone: (415) 436-7700
4
   Counsel for Defendant WILLIAMS
5

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   Case No. CR 92-0372 MHP
                                    )
11         Plaintiff,                )
                                    )   [PROPOSED] ORDER CONTINUING
12         vs.                       )   STATUS CONFERENCE FROM APRIL 25,
                                    )   2011, UNTIL MAY 2, 2011
13 KEVIN DESHAN WILLIAMS,           )
                                    )
14         Defendant.                )
   _____  )
15

16     There being no objection from the prosecution or the Probation Office, and good cause

17 appearing, the status conference in the above-entitled matter is hereby continued from April 25,

18 2011, until **May 2, 2011, at 10:00 a.m**.

19     IT IS SO ORDERED.

20

21 Dated: _4/22/2011_

22                                          IT IS SO ORDERED
23                                          Judge Marilyn H. Patel
24

25

26

[Proposed] Order Continuing Status Conf.,
*U.S. v. Williams*, CR 92-0372 MHP              1